IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Sandra Smith, individually and
on behalf of all others similarly situated,**
  **Plaintiff,**

Case No. 0:21-cv-62192

v.

**Crisp Marketing, LLC**
 **Defendant.**
_____/

## NOTICE OF REMOVAL

  The Defendant, Crisp Marketing, LLC, gives notice of the removal of this case to the United States District Court for the Southern District of Florida. Crisp Marketing was acquired by Digital Media Solutions, LLC ("DMS") in April 2021. DMS is the real party in interest.

  The Plaintiff began this action on September 27, 2021 in Florida's seventeenth judicial circuit, Broward County, case number CACE-21-017951. The Plaintiff served process on Crisp Marketing on October 7th. The record thus far in the state court action is attached. Composite Ex. A.

  This Court has federal question jurisdiction over this dispute concerning the Telephone Consumer Protection Act. *See* 47 U.S.C. § 227; 28 U.S.C. § 1331. This notice is being filed within the 30-day time limit set by 28 U.S.C. § 1446. Venue is proper in this Court since Broward County is within the boundaries of this District.

## CERTIFICATE OF SERVICE

I certify that a copy of this Notice has been sent through e-mail to Avi Kaufman, Esq. (kaufman@kaufmanpa.com) on October 22, 2021.

/s Jacob A. Brainard
**Jacob A. Brainard, Esq.**
Florida Bar No. 0092278
**Klein Moynihan Turco, LLP**
450 Seventh Avenue, 40th Floor
New York, New York 10123
Email: jbrainard@kleinmoynihan.com
Email: smoynihan@kleinmoynihan.com
*Attorneys for the Defendant*