UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 21-62192-MARTINEZ

SANDRA SMITH,

    Plaintiff,

v.

CRISP MARKETING, LLC,

    Defendant.

_____/

**ORDER GRANTING JOINT MOTION TO SUBSTITUTE PARTY DEFENDANT**

THIS CAUSE came before the Court upon the Parties' Joint Motion to Substitute Party Defendant (the "Motion"), (ECF No. 8). Having reviewed the record and Motion and otherwise being fully advised as to the premises, it is

ORDERED AND ADJUDGED that:

1. The Motion, (ECF No. 8), is GRANTED.

2. Digital Media Solutions, LLC shall be substituted as the defendant in this action in the place of Crisp Marketing, LLC.

DONE AND ORDERED in Chambers at Miami, Florida, this 10th day of November, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record