United States District Court
Southern District of Florida

**Sandra Smith, individually and on
behalf of all others similarly situated,**
    **Plaintiff,**

Case No. 0:21-cv-62192-JEM

v.

**Digital Media Solutions, LLC
    Defendant.**
_____/

## Stipulated Dismissal with Prejudice

The Plaintiff, Sandra Smith, and the Defendant, Digital Media Solutions, LLC, stipulate to the dismissal of Plaintiff's claims with prejudice and without prejudice to the rights of any putative class members. Each side will bear its own attorney fees and costs.

| | |
|---|---|
| /s Avi R. Kaufman | |
| **Avi R. Kaufman** | **Jacob A. Brainard** |
| Florida Bar No. 0084382 | Florida Bar No. 0092278 |
| **Kaufman, P.A.** | **Klein Moynihan Turco LLP** |
| 400 Northwest 26th Street | 450 Seventh Avenue, 40th Floor |
| Miami, Florida 33127 | New York, New York 10123 |
| Email: kaufman@kaufmanpa.com | Email: jbrainard@kleinmoynihan.com |
| *Attorneys for Sandra Smith* | *Attorneys for Digital Media Solutions* |

## Certificate of Service

I certify that a copy of this Stipulation has been sent to all counsel of record by CM/ECF on January 18, 2022.

                                                /s Avi R. Kaufman
                                                **Avi R. Kaufman**