UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 21-cv-62192-MARTINEZ

SANDRA SMITH,

    Plaintiff,

v.

DIGITAL MEDIAL SOLUTIONS, LLC,

    Defendant.
_____/

**<u>FINAL ORDER OF DISMISSAL WITH PREJUDICE ON JOINT STIPULATION</u>**

THIS CAUSE came before the Court upon the Parties' Joint Stipulation for Dismissal with Prejudice (the "Joint Stipulation"), (ECF No. 29). Having reviewed the record and Joint Stipulation and otherwise been fully advised as to the premises, it is:

ORDERED and ADJUDGED that that this action is DISMISSED with prejudice. All pending motions in this case are DENIED AS MOOT, and this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of January, 2022.

                                                          _____
                                                          JOSE E. MARTINEZ
                                                          UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record